John ROBINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40675.

Missouri Court of Appeals,
Western District.

Jan. 10, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 1989.

Martha Means, Asst. Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and BERREY and COVINGTON, JJ.

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).

Michael HELM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40844.

Missouri Court of Appeals,
Western District.

Jan. 10, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and BERREY and COVINGTON, JJ.

ORDER

PER CURIAM.

Appeal from denial, without evidentiary hearing, of successive Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).